```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                   CHARLOTTE DIVISION

UNITED STATES OF AMERICA,        )
                                 )
         v.                      )    CASE NO. DNCW3:10CR102-03
                                 )    (Financial Litigation Unit)
STEVEN N. WRAY.                  )
```

## **WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and JACKSON NATIONAL LIFE INSURANCE COMPANY:

A judgment was entered on October 4, 2011 (Docket No. 69) in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the Defendant, Steven N. Wray, whose last known address is XXXXXXXXXXXX, Matthews, North Carolina 28105, in the sum of $1,955,819.34.  The balance on the account as of December 5, 2011 is $1,955,769.34.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Jackson National Life Insurance Company is commanded to **turn over property** in which the Defendant, Steven N. Wray, has a substantial nonexempt interest, said property being funds located in Jackson National Life Insurance Company accounts including, but not limited to, all cash-value life insurance policies, including policy #XXXXXX3105, held in the name of Steven N. Wray at the following address: Jackson National Life Insurance Company, 1 Corporate Way, Lansing, Michigan 48951, Attention: Legal Department.

**SO ORDERED**.   Signed: December 5, 2011